1056

[No. 38188-1-I.    Division One.    September 8, 1997.]

YOKO P. DRENNAN, *Respondent*, v. LESTER MCCANTS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-01206-1, Larry A. Jordan, J., entered
May 13, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 39332-4-I.    Division One.    September 8, 1997.]

SPECTRUM GLASS CO., INC., *Appellant*, v. AMERICAN
MOTORISTS INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-08633-9, Jim Bates, J., entered August
13, 1996. *Affirmed* by unpublished opinion per Baker, C.J.,
concurred in by Webster and Agid, JJ.

[No. 14158-6-III.    Division Three.    September 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
ELTON JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Stevens County, No. 93-1-00127-9, Fred L. Stewart, J.,
entered June 27, 1994. *Affirmed* by unpublished per
curiam opinion.

[No. 14518-2-III.    Division Three.    September 9, 1997.]

*In the Matter of the Marriage of* FRANCES RUTTAN
POLLIN, *Respondent*, and DAVID FEIG POLLIN,
*Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 91-3-00078-1, Yancey Reser, J., entered
October 31, 1994. *Reversed* by unpublished opinion per
Brown, J., concurred in by Sweeney, C.J., and Thompson,
J.